UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA CALVERT,

    Plaintiff,

    v.

GUINNESS UDV NORTH AMERICA, INC.,

    Defendant.
_____/

No. C 05-0294 PJH

**ORDER RE PROPOSED PROTECTIVE ORDER**

    The parties have submitted for the court's approval a stipulation and order for protective order to protect confidential information that may be produced during discovery. The court approves the protective order insofar as it sets forth how the parties shall treat confidential information.

    However, also included in this proposed order is a provision providing that any court hearing which refers to or describes confidential information shall, in the court's discretion, be *in camera*. Proposed Protective Order ¶ 15(d). Court proceedings are presumptively public and the court will not approve a protective order containing a provision as to how confidential documents will be treated by the court. The parties are referred to this court's standing order for cases involving sealed or confidential documents, which provides the procedure for requesting non-public treatment of documents in connection with dispositive motions and trial.

    The parties shall revise and resubmit the proposed protective order accordingly.

    **IT IS SO ORDERED.**

Dated: July 20, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge