1    Cliff Palefsky, Esq. (State Bar No. 77683)
2    Keith Ehrman, Esq. (State Bar No. 106985)
     McGUINN, HILLSMAN & PALEFSKY
3    535 Pacific Avenue
     San Francisco, CA  94133
4    Tel:  (415) 421-9292
     Fax:  (415) 403-0202
5
6    Attorneys for Plaintiff,
     SANDRA CALVERT
7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                     **SAN FRANCISCO DIVISION**

13

14   SANDRA CALVERT,                    )    **Case No. C-05-00294 PJH**
                                        )
15                        Plaintiff,    )    **STIPULATION AND**
                                        )    **[~~PROPOSED~~] ORDER RE:**
16   vs.                                )    **FILING AMENDED COMPLAINT**
                                        )    [Federal Rule of Civil Procedure 15(a)]
17   DIAGEO GUINNESS U.S.A. INC. and    )
18   DIAGEO  NORTH  AMERICA,  INC.  and )
     DOES 1 through 10,                 )
19                                      )
                                        )
20                        Defendants.   )

21   _____

22              **STIPULATION TO FILE AMENDED COMPLAINT**

23        WHEREAS, in her original Complaint, Plaintiff SANDRA CALVERT named

24   "Guinness UDV North America, Inc." as a Defendant, but in their Answer to the Complaint,

25   Defendants indicated that the actual and proper name of this Defendant should be "Diageo

26   Guinness U.S.A., Inc."; and

27

28   STIPULATION AND [PROPOSED] ORDER RE:
     FILING AMENDED COMPLAINT

1   WHEREAS, in her original Complaint, Plaintiff SANDRA CALVERT named "Diageo,

2   a corporation" as a second Defendant, but in their Answer to the Complaint, Defendants

3   indicated that the actual and proper name of this second Defendant should be "Diageo

4   North America, Inc."; and

5

6   WHEREAS, Plaintiff desires to ensure that she has used the correct legal names

7   of the entities described in the allegations of the Complaint, and further desires that the

8   proper Defendants are named in this action; and

9   WHEREAS, Plaintiff desires to amend the Complaint, in order to replace the names

10  of the two current Defendants with their correct legal names as indicated by Defendants;

11
    WHEREAS, Plaintiff does not seek to amend the Complaint in any manner other
12
    than to: 1) replace the named Defendant "Guinness UDV North America, Inc." with
13
14  "Guinness UDV North America, Inc." as a Defendant in this action, and 2)  replace the

15  named Defendant "Diageo" with "Diageo North America, Inc." as a Defendant in this action;

16  WHEREAS, Defendants do not object to this amendment and will stipulate to

17  Plaintiff filing such an Amended Complaint, in the form attached hereto as EXHIBIT A;

18
    WHEREAS, Defendants believe that their existing Answer to Complaint (filed
19
    January 21, 2005) is satisfactory, and that it is not necessary to file a new Answer to the
20
21  Amended Complaint, and that the existing Answer should be deemed to be the Answer to

22  the Amended Complaint;

23  WHEREAS, Plaintiff has no objection to Defendants using their existing Answer as

24  the Answer to the Amended Complaint;

25  ///

26  ///
27

28
    STIPULATION AND [PROPOSED] ORDER RE:
    FILING AMENDED COMPLAINT

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

WHEREAS, the parties intend and expect that the filing of the Amended Complaint shall not delay or have any other effect on the progress or timing of any aspect of this litigation; and

WHEREAS, Federal Rule of Civil Procedure 15(a) provides that a party may amend a pleading by leave of court or by written consent of the adverse party,

### IT IS STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiff may file an Amended Complaint in the form attached hereto as Exhibit "A."

2. The existing Answer to Complaint, previously filed by Defendants on January 21, 2005, shall be deemed to be the Answer to the Amended Complaint, and Defendants are relieved of any obligation to file a new Answer to the Amended Complaint.

3. The filing of the Amended Complaint shall not delay or have any effect on the progress or timing of any aspect of this litigation.

Dated:  August 11, 2005

McGuinn, Hillsman & Palefsky
Attorneys for Plaintiff

By: _____
        Keith Ehrman

Dated:  August 15, 2005

Morgan, Lewis & Bockius
Attorneys for Defendants

By: _____
        Brian Johnsrud

STIPULATION AND [PROPOSED] ORDER RE:
FILING AMENDED COMPLAINT

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

-3-

**ORDER**

1.      Plaintiff Sandra Calvert may file an Amended Complaint in the form attached hereto as Exhibit "A."

2.      Defendants' existing Answer to Complaint, which was filed on January 21, 2005, shall be deemed to be the Answer to the Amended Complaint, and Defendants are relieved of any obligation to file a new Answer to the Amended Complaint.

3.      The filing of the Amended Complaint shall not delay or have any effect on the progress or timing of any aspect of this litigation.


Dated: _____August 19_____, 2005      _____

UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE:
FILING AMENDED COMPLAINT

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

-4-