1  Cliff Palefsky, Esq. (State Bar No. 77683)
2  Keith Ehrman, Esq. (State Bar No. 106985)
   McGUINN, HILLSMAN & PALEFSKY
3  535 Pacific Avenue
   San Francisco, CA  94133
4  Tel:  (415) 421-9292
   Fax:  (415) 403-0202
5
6  Attorneys for Plaintiff,
   SANDRA CALVERT
7
8
9
10                 UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13
14  SANDRA CALVERT,                    )  Case No. C-05-00294 PJH
                                       )        E-filing Case
15                 Plaintiff,          )
                                       )  **STIPULATED DISMISSAL AND**
16  vs.                                )  **ORDER THEREON**
                                       )       **FRCP 41(a)(1)**
17  DIAGEO GUINNESS U.S.A. INC. and    )
18  DIAGEO NORTH AMERICA, INC.         )
                                       )
19                 Defendants.         )
                                       )
20  _____)
21
22
23      **IT IS HEREBY STIPULATED** by and between the parties hereto, by and through
24  their respective counsel, that this action be dismissed *with prejudice* pursuant to
25  Fed.R.Civ.P. 41(a)(1) and that endorsement of this agreement may be by counterpart
26  signatures.
27
28

_____
Stipulated Dismissal and Order Thereon

1

Dated: June 9, 2006

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff

By: _____
Cliff Palefsky

Dated: June 9, 2006

MORGAN, LEWIS & BOCKIUS, LLP
Attorneys for Defendants

By: _____
Melinda S. Riechert

**O R D E R**

THE ABOVE STIPULATION HAVING BEEN REVIEWED AND CONSIDERED

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant

to Fed.R.Civ.P. 41(a)(1).

Dated: June 12 _____, 2006

Phy...
Judg...

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulated Dismissal and Order Thereon

2